AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America

v.

KYLE M. PETERSON

*Defendant(s)*

)
)
)
)
)
)
)

Case No.

1:22-mj-0357

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/3-11/9/2020 & 2/3/2021 & 3/5/21  in the county of  Hendricks  in the

Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Counts 1-3 - 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/Elizabeth M. Carlson

*Complainant's signature*

Elizabeth M. Carlson, SA/FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

telephone (*reliable electronic means*)

Date:  April 28, 2022

City and state:  Indianapolis, Indiana

## AFFIDAVIT

I, Elizabeth M. Carlson, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1.     **Affiant:** I am a Special Agent with the Federal Bureau of Investigation and have been for approximately eleven years.  I have been assigned to the Indianapolis Field Office since my graduation from the FBI Academy.  I am currently assigned to the Violent Crimes Against Children Task Force, where I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, juvenile prostitution, commercial sex trafficking and human trafficking. I have been involved in seizures and investigations relating to victims who were threatened, forced, coerced and enticed into performing sex acts.  I have participated in the execution of search warrants and seized evidence related to the offenses of human trafficking and child exploitation.  I am a Law Enforcement Officer of the United States, and I am empowered to conduct investigations, execute warrants, and to make arrests for offenses committed against the United States enumerated in, but not limited to, Title 18 and 42 United States Code.

2.     **Information Provided:**  The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents, police officers (including detectives from the Avon Police Department (APD)), and witnesses.  Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint

and Arrest Warrant, I have not included each and every fact known to me concerning this investigation.

3.     **Requested Court Action:**  I request the Court to issue a Criminal Complaint and Arrest Warrant charging Kyle M. Peterson with knowingly violating the following statute:

A.     **Sexual Exploitation of a Minor:** 18 U.S.C. § 2251(a), in pertinent parts, makes it a crime to employ, use, persuade, induce, entice, or coerce any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. It is also a crime to attempt to sexually exploit a child.

4. **Definitions:**

A. <u>Minor:</u> The term "minor" refers to any person under the age of eighteen years. (18 U.S.C. § 2256(1))

B. <u>Sexually Explicit Conduct:</u> The term "sexually explicit conduct" is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person. (18 U.S.C. §2256(2)(A)(I-v))

C. <u>Visual Depiction</u>: The term "visual depiction" is defined as undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. (18 U.S.C. § 2256(5)).

5. **Case Overview:** In September of 2021, detectives with the Avon Police Department received a complaint concerning a minor child being a victim of child sexual exploitation for approximately two years. Through information provided by Avon Police Department law enforcement officers, various investigation techniques, and a review of data from social media and digital devices, I learned that Kyle M. Peterson ("Peterson") did use a minor child, to engage in sexually explicit conduct for the purpose of creating a visual depiction of that conduct. Specifically, Peterson used

3

Minor Victim 1 (identity know to your affiant yet not disclosed in this affidavit) to create and distribute sexually explicit images through online social media platforms.

6. **Investigation Begins:** This investigation began on or about September 1, 2021, when Avon Police Department ("APD") received a complaint that a minor female (hereinafter Minor Victim 1), over the age of twelve but under the age of eighteen, was induced to send sexually explicit images to an adult male, later identified as Peterson for approximately two years.

7. **Interview of Minor Victim 1:** Minor Victim 1 was forensically interviewed on September 8, 2021. During the interview, Minor Victim 1 disclosed the following:

8. Minor Victim 1 originally met Peterson on Omegle, a free online chat website. Thereafter, Minor Victim 1 and Peterson's communications transitioned to various social media platforms, to include Snapchat, and text messages.

9. Minor Victim 1 disclosed that she initially told Peterson she was over the age of 18, but later told him she was only 12 years old.

10. Minor Victim 1 described Peterson as a white, male in his twenties. Minor Victim 1 indicated that Peterson lived in Illinois with his mom.

11. According to Minor Victim 1, Peterson sent Minor Victim 1 pictures of his penis and would masturbate during video chats.

12. According to Minor Victim 1, Peterson instructed Minor Victim 1 to masturbate and send him videos.

13.     According to Minor Victim 1, at his direction, Minor Victim 1 sent images of her exposed genitalia to Peterson.

14.     According to Minor Victim 1, Peterson instructed Minor Victim 1 to insert a hairbrush and a curling iron into her anus and send him a video.  Minor Victim 1 reported that she complied with the request.

15.     According to Minor Victim 1, Peterson would screen shot the images and videos she sent to him.  Minor Victim 1 was aware of the screenshots because she received a notification through Snapchat.

16.     According to Minor Victim 1, Peterson threatened to exploit Minor Victim 1 if she did not comply with his requests. Minor Victim 1 reported Peterson threatened to disseminate the sexually explicit images and videos she sent via Snapchat to her family, friends, and post them all over the Internet if she did not comply with his requests for sexually explicit images and videos.

17.     According to Minor Victim 1, Peterson instructed Minor Victim 1 to send him a video of Minor Victim 1's dog licking her vagina, and having sexual intercourse with her.

18.     According to Minor Victim 1, Peterson also instructed her to send him videos of her urinating and defecating.

19.     According to Minor Victim 1, Peterson sent Minor Victim 1 links to pornographic videos. Peterson then asked Minor Victim 1 to masturbate with him to the pornography he sent to her. Peterson wanted to do this over video chat/Facetime.

20.     Minor Victim 1 recalled Peterson's Snapchat account to be something like "USF Heartless".

21.     Following the forensic interview of Minor Victim 1, Minor Victim 1's father disclosed to APD that Peterson's telephone number was in the contacts of Minor Victim 1's phone saved as "Not Just A Number".

22.     Minor Victim 1's father provided written consent to APD to conduct a forensic extraction of Minor Victim 1's cellular telephone.

23.     **Examination of Minor Victim 1's cellular telephone**:     On September 14, 2021, APD imaged and processed Minor Victim 1's Apple iPhone 8 and generated a digital forensic report.

24.     On March 21, 2022, I reviewed the digital forensic report and identified the following:

A.     Telephone number 815-494-3585 was associated with the contact saved as "Not Just A Number".

B.     There were 63 phone calls between 815-494-3585 and Minor Victim1's phone number; 13 of the 63 calls were answered; 12 of the 13 calls were Facetime video calls.

C.     There were 10,098 text messages between Minor Victim 1's number and 815-494-3585. While most of the texts were gamed requests, on October 22, 2020, Minor Victim 1 sent "Not Just A Number" a picture of herself in a new outfit and asked if he liked it. "Not Just a Number" responded, "You gotta have nothing under and wear it for me"; "Will I see it later"; "Go to the bathroom and do it I want

6

to see"; "Send on Snapchat tho". Minor Victim 1 responded, "I cantttt"; "I's to harddd" "Not Just A Number "responded, "You can make Daddy proud". Minor Victim 1 agreed and stated, "Give me like 10 minutes then I'll do it". "Not Just A Number" responded, "I'll call and take pictures"; "Go to the far bathroom". Minor Victim 1 stated she cannot call and it would look weird if she went to the far bathroom. "Not Just A Number" replied "Okay well wear that when you get home so I can take some pics I want"; "Like I want one of you standing over the phone"; "So I can see straight up."

25.     A Snapchat account for account "usafepidemic97", vanity name "USAF Heartless" was located on the device as a Snapchat contact.

26.     Minor Victim 1's Snapchat account was identified as "bec-2019".

27.     **Second Forensic Interview of Minor Victim 1:** On September 16, 2021, Minor Victim 1 was forensically interviewed for a second time. During the interview, the interviewer showed Minor Victim 1 an image of Peterson's Illinois Driver License photograph obtained by APD through their investigative methods. Minor Victim 1 identified the individual in the photo as Peterson.

28.     **Snapchat Search Warrant Returns for Account "usafepidemic97":** On September 13, 2021, APD applied for and was granted a State search Warrant for "usafepidemic97". A review of "usafepidemic97" returns identified the following:

A.     The telephone account utilized to register account "usafepidemic97" is 815-494-3585, the same number listed in Minor Victim 1's cellular telephone contacts as "Not Just A Number".

B.     The display name for account "usafepidemic97" was "USAF Heartless".

C.     The account was created June 18, 2019.

D.     The email associated with the account is dhgxepidemic@gmail.com.

E.     The registration IP address was 2601:247:c300:d99:616f:c710:8bdc:4bac.

F.     The last login IP address, within the limited timeframe of the initial legal request, was IP address 174.192.72.138 on July 29, 2021.

G.     Several "snaps" sent from the account were of a white male matching the physical appearance of Peterson's Illinois driver's license.

H.     On or around March 12, 2020, Peterson sent Minor Victim 1 an image of an erect penis via Snapchat. [file – EiQSFW02NHNQaW9NUFhrMHJDUm5yR1dicBoAGgAyAXxiAiAEYAE~1].

I.     On or around June 7, 2020, Peterson sent seven videos to Minor Victim 1 via Snapchat. The videos vary in length, but all depict a small black and white dog licking an exposed female vagina. [file for 06/7/2020 23-09-05 UTC – EiQSFTN4SEFVQkxlUFBzYThEZlQyURoAGgAyAXxiAiAEYAE~v4].     I have reviewed these videos and they appear to be child sex abuse material.

29.   **Snapchat Search Warrant Returns for Account "bec-2019":** On September 13, 2021, APD applied for and was granted a State search Warrant for "bec-2019". A review of "bec-2019" returns identified the following:

A.       The account "bec-2019" was created May 7, 2019.

B.       The display name for account "bec-2019" is +Becca+.

C.       The first communication between account "bec-2019" and "usafepidemic97" was December 4, 2019. The last communication between the two accounts was noted to be May 31, 2021.

D.       On December 4, 2019, Minor Victim 1 messaged Peterson "Hi". Peterson responded, "DD22 USA looking for a long term loving little. I'm a strict caring kind daddy with 7 years experience I provide care attention affection and guidance. I am sexual and I like clingy and needy littles. I also like to Call." Peterson also stated his name is "Ky", that he lived in Illinois, and that his birthday was on June 3rd.  Peterson's date of birth listed on his Illinois driver's license is June 3, 1997.

E.       On December 5, 2019, during an audio call with "usafepidemic97", Peterson asked Minor Victim 1 in what city she lived to see if she was close to his location. Minor Victim 1 told Peterson that she lived right outside of Indianapolis.

F.       On December 6, 2019, in a chat, Peterson wrote, "You wanna watch a girl get fucked by her daddy I'm gonna have you watch porn tonight so you can see what pure dominance is."

G.          On December 7, 2019, during an audio call with "usafepidemic97", Peterson stated, "Daddy likes young too. How old is your youngest sister? I want you to help me."

H.          On December 7, 2019, Peterson wrote in a chat, "Sweetie daddy has a bad question", "If I were there and your dad wasn't there would you help daddy do things to your sister daddy is sadistic too". Minor Victim 1 responded, "Not my sisters... they are too little...

I.          On December 7, 2019, during an audio call with "usafepidemic97", Peterson told Minor Victim 1 that he was going to send her porn and he wanted her to watch it. He stated, "Watch it and rub your pussy like daddy taught you."

J.          On December 7, 2019, during an audio call with "usafepidemic97", Peterson told Minor Victim 1," You brought three markers? Get your butt-hole wet sweetie like daddy taught you. Spit on your fingers and get it wet and then suck the markers and try to get all three markers in your butt-hole. You understand me? Say daddy I'll stretch my butt-hole for you." Minor Victim 1 responded in an audio call, "Daddy I'll stretch my butt-hole for you."

K.          On December 7, 2019, during an audio call with "usafepidemic97", Peterson told Minor Victim 1," Get your pants down little girl and open your legs and rub daddy's property. Record it. Rub what I own. Rub that pussy baby. I fucking own you and your body and your holes. I own all of you."

L.          On December 7, 2019, during a chat on Snapchat, Peterson told Minor Victim 1, "When you get there take the doggy to your room", Minor Victim 1

responds, "I can't..she is hyper.." Peterson then wrote, "Sweetie take her to your room and try to calm her down and try to get her to lay with you", "Take her in your room and get her between your legs to get her to lick you and have your back against the door'" "Open your legs and offer her your young pussy".

M. On February 25, 2020, during a Snapchat message between Minor Victim 1 and Peterson, Minor Victim 1 wrote, "That porn you showed me scared the shit out of me. And I'm just a 12 year old girl still trying to figure out that the whole world isn't in my bedroom. And I can't do everything you want from me most of the time I just want to curl up and cry and hug my stuffed animals".

N. On July 19, 2020, Peterson sent Minor Victim 1 a Pornhub.com link on Snapchat, and told Minor Victim 1 to, "Sit on the potty and masturbate while you watch". I attempted to access the link, but the link is no longer available.

O. On July 21, 2020, Peterson sent Minor Victim 1 a Pornhub.com link on Snapchat, titled "anal Fisting and Squirting" and told Minor Victim 1 to "Watch when you're home".  I was able to access this link and determine the video depicts a male and female adult engaged in sexually explicit activities.

P. Between on or about November 3, 2020, and or about November 11, 2020, Minor Victim 1 sent four videos to Peterson via Snapchat.  The videos depicted Minor Victim 1 urinating in the toilet with their vagina fully exposed. [file for            11/9/2020            19-50-26            UTC            - EiQSFTZSUmk4dzQ0ZDlmQ1VQbE1rSWE1ZxoAGgAyAQNlAlAEYAE~v4].

Q.        On or about February 3, 2021, Minor Victim 1 sent a 48-second video to Peterson on Snapchat in which her anus and vagina were fully exposed. [file – EiQSFTB2OTUzcEVYSVVaY2Njc0F6ZzZFTxoAGgAyAQNlAlAEYAE~v4].

R.        On or about March 5, 2021, Minor Victim 1 sent a ten-second video to Peterson on Snapchat depicting a female self-masturbating [File - EiQSFVBJQ1VZYhQWVA4cDB0WGdnWjFucxoAGgAyAQNlAlAEYAE~v4].

30.    **IP Look Up:** Through the use of open-source databases, I identified IP address 174.192.72.138 to be associated with the Verizon Business Wireless Data Network.  IP address  2601:247:c300:d99:616f:c710:8bdc:4bac  was affiliated with Comcast.

31.    **Verizon Search Warrant Returns:** On September 20, 2021, APD applied for and was granted permission to search cellular telephone records from the Verizon Wireless  account number 815-494-3585. The returns were received by APD from Verizon on October 12, 2021. The returns indicated the account was registered to Kevin and Kyle Peterson at 3606 Foxborough Lane Rockford, IL 61114.

32.    **Google     Subpoena     Returns     for     E-mail     account dhgxepidemic@gmail.com:** On March 22, 2022, your affiant received subpoena returns from Google concerning account dhgxepidemic@gmail.com indicating the following (see paragraph 29(d)):

A.        The account was created October 16, 2017.

B.        The     recovery     email     for     the     account     is kylepeterson342@yahoo.com.

C.        The recovery telephone number for the account is 815-494-3585.

D.        The last log in to the account was March 10, 2022, with IP address 98.212.10.191.

33.     **IP Look Up:** Through the use of open-source databases, I identified IP address 98.212.10.191 to be associated with Comcast.

34.     **Identification of Peterson:** On March 1, 2022, I requested a copy of Peterson's NCIC report. Peterson's NCIC report identified him as a white, male, 5'10" tall, 122 pounds, date of birth June 3, 1997, social security account number 326-XX-XXXX (known, but redacted), IL OLN P36251397158, and residential address of 3606 Foxborough Lane, Rockford, IL 61114.

35.     I confirmed the image shown to Minor Victim 1 during her September 16, 2021 interview is the same image as Peterson's IL driver's license.

36.     **Interstate and Foreign Commerce**: Peterson utilized an online social media platform and cellular text messages to receive and transport images of Minor Victim 1 in interstate commerce.  The visual depictions of Minor Victim 1 were produced, transmitted and stored using devices that were not manufactured or contain parts that were not manufactured in the State of Indiana, and, therefore, travelled in interstate and foreign commerce.

37.     **Sexual Exploitation of Minor Victim 1:**  Minor Victim 1 was born on 03/XX/2007 (known in full but redacted) and was 12 years' old when Peterson began communicating with her, and between 13 and 14 years' old when Peterson sexually exploited her.

38.     As set forth above, between on or about November 3, 2020, and on or about March 5, 2021, Peterson employed, used, persuaded, induced, enticed, or coerced Minor Victim 1 to engage in, and with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct as described below.

A.     **(COUNT 1)** Between on or about November 3, 2020 and on or about November 11, 2020, file for 11/9/2020 19-50-26 UTC - EiQSFTZSUmk4dzQ0ZDlmQ1VQbE1rSWE1ZxoAGgAyAQNlAlAEYAE~v4], using Snapchat, and depicting Minor Victim 1 urinating in a toilet with her vagina fully exposed.  The focus of the video was Minor Victim 1's vagina;

B.     **(COUNT 2)** On or about February 3, 2021, File EiQSFTB2OTUzcEVYSVVaY2Njc0F6ZzZFTxoAGgAyAQNlAlAEYAE~v4, using Snapchat, and depicting Minor Victim 1's vagina and anus fully exposed; and

C.     **(COUNT 3)** On or about March 5, 2021, [File - EiQSFVBJQ1VZYhQWVA4cDB0WGdnWjFucxoAGgAyAQNlAlAEYAE~v4] via Snapchat, and depicting Minor Victim 1 self-masturbating.

39.     I have reviewed the following files and believe them to meet the definition of child sex abuse material (referred to as child pornography by statute) in accordance with Title 18, United States Code, Section 2256.

40.     Based on the foregoing, I believe there is probable cause to charge Peterson with Sexual Exploitation of Minor Victim 1, in violation of Title 18, United States Code, Section 2251(a), specifically by employing, using, persuading, inducing, enticing, or coercing Minor Victim 1 to produce the above-described visual depictions of Minor Victim 1 engaging in sexually explicit conduct.

41.     **Venue**:  The sexual exploitation of Minor Victim 1 occurred in the Southern District of Indiana in Hendrick's County.

## CONCLUSION

42.     Based upon the foregoing, your affidavit requests this Court to issue an Arrest Warrant and Criminal Complaint charging Kyle Peterson with three counts of Sexual Exploitation of a Minor.

*s/Elizabeth M. Carlson*
Elizabeth M. Carlson
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

DATE: April 28, 2022



15