**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 1:22-mj-00357-DLP-1 |
| | ) | |
| | ) | |
| KYLE M. PETERSON, | ) | |
| Defendant. | ) | |

<u>**WAIVER OF DETENTION HEARING**</u>

Comes now the defendant, by counsel and, having been advised by counsel and the Court of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. §3142(f)(2). Further, the defendant understands that he will be detained until time of trial.

Undersigned counsel affirms that he and Mr. Peterson conferred by video conference on May 24, 2022. Counsel thoroughly discussed the issue of release or detention with Mr. Peterson.   Mr. Peterson unequivocally directed counsel to submit a written waiver of the right to a detention hearing. Mr. Peterson is confined to the Clark County Jail, an institution seemingly incapable of presenting and returning documents for signature.

Respectfully submitted,

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

### CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2022** a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*William H. Dazey, Jr.*
William H. Dazey, Jr.