AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle M. Peterson<br><br>*Defendant* | )<br>)  Case No.  1:22-cr-00113-TWP-DLP<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Kyle M. Peterson  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Count 1: Sexual Exploitation of a Child , in violation of 18 U.S.C. § 2251(a)


Date:  9/1/2022

City and state:  Indianapolis, Indiana

*CLERK OF COURT, Roger A.G. Sharpe*

BY: _____
*Deputy Clerk*

---

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____  <br><br>Waived execution of arrest warrant in open court on 9/12/2022. | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |