## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CR-00113-TWP-DLP |
| | ) | |
| KYLE M. PETERSON, | ) | |
| Defendant. | ) | |

## MOTION TO SEAL DOCKET NUMBERS 51 and 51-1
## DEFENSE SENTENCING MEMORANDUM

Comes now Defendant Kyle M. Peterson, by counsel, William H. Dazey, Jr., and moves the Court to Seal Defense Sentencing Memorandum, Docket Numbers 51 and 51-1, which was filed with the Court on November 22, 2022. The document contains personal and mental health information not for public review.

WHEREFORE, the Defendant prays that this Honorable Court issue an Order Sealing the Defense Sentencing Memorandum.

Respectfully submitted,

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on November 22, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*William H. Dazey, Jr.*
William H. Dazey, Jr.