UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:22-cr-00113-TWP-DLP |
| | ) | |
| KYLE M. PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW DOCUMENT

The United States of America, by counsel, Zachary A. Myers, United States Attorney, and Tiffany J. Preston, Assistant United States Attorney, and moves the Court to withdraw Document 60 filed with this Court on December 16, 2022, due to an electronic filing error in the filing.

**WHEREFORE**, the Plaintiff prays that this Honorable Court issue an Order Withdrawing Document 60.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   */s/ Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that December 16, 2022, a copy of the foregoing Motion to Withdraw Document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   */s/ Tiffany J. Preston*
       Tiffany J. Preston
       Office of the United States Attorney
       10 W. Market Street, Suite 2100
       Indianapolis, IN 46204-3048
       Telephone: (317) 226-6333
       Fax:  (317) 226-6125